AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Andrew Vaughn, Jr. | |

Case No. 4:93CR40063-004-JPG

USM No. 02955-025

Judith Kuenneke, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of speeding | 12/31/2010 |
| Statutory | The defendant tested positive for marihuana | 07/27/2011 |
| Standard # 1 | The defendant left the judicial district with permission | 12/31/2010 |
| Standard # 2 | The defendant submitted an incomplete written report | 06/04/2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7764

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Springfield, IL

09/16/2011
Date of Imposition of Judgment

_signature_
Signature of Judge

J. Phil Gilbert                    District Judge
Name and Title of Judge

9/19/2011
Date

DEFENDANT: Andrew Vaughn, Jr.
CASE NUMBER: 4:93CR40063-004-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| Standard # 6 | The defendant failed to notify probation of an employment change | 03/16/2010 |
| Standard # 1 | The defendant failed to notify probation of being questioned by Sheriff's dept. | 07/16/2010 |
| Special | The defendant failed to call the On-Site Drug Testing Program | 10/27/2009 |

DEFENDANT: Andrew Vaughn, Jr.
CASE NUMBER: 4:93CR40063-004-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

7 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant spends the last six months in a half-way house

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL